David C. O'Mara (NV Bar No. 8599)
THE O'MARA LAW FIRM, P.C.
311 East Liberty Street
Reno, Nevada 89501
Telephone: + 1 (775) 323-1321
Facsimile: + 1 (775) 323-4082
Email: david@omaralaw.net

Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: + 1 (305) 357-2107
Facsimile: + 1 (305) 200-8801
Email: fhedin@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARSHA KENNEDY,<br><br>        Plaintiff,<br><br>v.<br><br>PIZZA HUT, LLC,<br><br>        Defendant. | Case No. 2:20-cv-00200<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

      Pursuant to Local Rule IA 6-1, Plaintiff Marsha Kennedy ("Plaintiff") and Defendant Pizza Hut, LLC ("Defendant") hereby stipulate to extend the time in which Defendant must answer or otherwise respond to Plaintiff's Complaint up to and including March 26, 2020. The parties respectfully ask this Court to enter an Order granting this extension and in support thereof state as follows:

      1.    Plaintiff filed this action on January 30, 2020, (Dkt. No. 1), and Defendant was served on February 4, 2020.

      2.    Defendant's response to Plaintiff's Complaint is currently due on February 25, 2020.

3. Defendant recently retained Akin Gump Strauss Hauer & Feld LLP as counsel in this action. Defense counsel is reviewing the claims in Plaintiff's Complaint, and the parties respectfully request additional time for Defendant to respond.

4. This is the first stipulation for extension of time for Defendant to respond to Plaintiff's Complaint.

5. This request is made in good faith and not for the purpose of delay.

DATED: February 24, 2020　　　　　　　　THE O'MARA LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　/s/ David C. O'Mara, Esq.
　　　　　　　　　　　　　　　　　　DAVID C. O'MARA, ESQ.
　　　　　　　　　　　　　　　　　　(SBN 08500)
　　　　　　　　　　　　　　　　　　311 E. Liberty Street
　　　　　　　　　　　　　　　　　　Reno, NV 89501
　　　　　　　　　　　　　　　　　　Telephone: 775.323.1321
　　　　　　　　　　　　　　　　　　Facsimile: 775.323.4082
　　　　　　　　　　　　　　　　　　Email: david@omaralaw.net

　　　　　　　　　　　　　　　　　　Frank S. Hedin*
　　　　　　　　　　　　　　　　　　HEDIN HALL LLP
　　　　　　　　　　　　　　　　　　1395 Brickell Avenue, Suite 1140
　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　Telephone: + 1 (305) 357-2107
　　　　　　　　　　　　　　　　　　Facsimile: + 1 (305) 200-8801
　　　　　　　　　　　　　　　　　　Email: fhedin@hedinhall.com
　　　　　　　　　　　　　　　　　　* *Pro Hac Vice* Application Forthcoming

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and the Putative Class*

## ORDER

**IT IS SO ORDERED**: The deadline for Defendant Pizza Hut, LLC to answer or otherwise respond to Plaintiff's Complaint is extended to and including Thursday, March 26, 2020.

Dated: February 25, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE