David C. O'Mara (NV Bar No. 8599)
THE O'MARA LAW FIRM, P.C.
311 East Liberty Street
Reno, Nevada 89501
Telephone: + 1 (775) 323-1321
Facsimile: + 1 (775) 323-4082
Email: david@omaralaw.net

Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: + 1 (305) 357-2107
Facsimile: + 1 (305) 200-8801
Email: fhedin@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARSHA KENNEDY, | Case No. 2:20-cv-00200 |
| Plaintiff, | **MOTION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| PIZZA HUT, LLC, | **(Second Request)** |
| Defendant. | |

Pursuant to Local Rule IA 6-1, Plaintiff Marsha Kennedy ("Plaintiff") and Defendant Pizza Hut, LLC ("Defendant") hereby stipulate and move this Court to extend the time in which Defendant must answer or otherwise respond to Plaintiff's Complaint up to and including April 16, 2020. The parties respectfully ask this Court to enter an Order granting this extension and in support thereof state as follows:

1. Plaintiff filed this action on January 30, 2020, (Dkt. No. 1), and Defendant was served on February 4, 2020.

1

1     2.     On February 24, 2020, the parties asked this Court to grant an extension of the time in which Defendant must answer or otherwise respond to Plaintiff's Complaint up to and including March 26, 2020, because Defendant had recently retained Akin Gump Strauss Hauer & Feld LLP as counsel in this action. *See* ECF No. 5.

3.     On February 25, 2020, the Court granted the parties' stipulated extension. ECF No. 6.

4.     Defendant's response to Plaintiff's Complaint is currently due on March 26, 2020.

5.     The parties have met to confer regarding this case and respectfully request additional time to continue those discussions prior to Defendant's response.

6.     This is the second stipulation for extension of time for Defendant to respond to Plaintiff's Complaint.

7.     This request is made in good faith and not for the purpose of delay.

Dated: March 25, 2020

THE O'MARA LAW FIRM, P.C.

By: /s/ David C. O'Mara

David C. O'Mara (NV Bar No. 8599) THE O'MARA LAW FIRM, P.C. 311 East Liberty Street Reno, Nevada 89501 Telephone: + 1 (775) 323-1321
Facsimile: + 1 (775) 323-4082
Email: david@omaralaw.net

Frank S. Hedin*
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: + 1 (305) 357-2107
Facsimile: + 1 (305) 200-8801
Email: fhedin@hedinhall.com

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

**Dated: March 27, 2020**

* *Pro Hac Vice* Application Forthcoming

*Counsel for Plaintiff and the Putative Class*